**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                          )
Jason Jones,                                         )
                                                          )
                        Plaintiff,                     )
                                                          )
            v.                                           )            Civil Action No. 13-0780 (RBW)
                                                          )
United States Parole Commission, *et al.*,      )
                                                          )
                        Defendants.                 )
_____  )


## <u>MEMORANDUM OPINION</u>

The defendants filed a motion to dismiss this case [ECF No. 13]. In its January 10, 2014 Order [ECF No. 1], the Court advised the plaintiff, who is proceeding *pro se*, of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court. Specifically, the plaintiff was advised that, if he failed to file his opposition or other response to the defendants' motion to dismiss by February 14, 2014, the Court would treat the defendants' motion as conceded and dismiss the case. To date, the plaintiff neither has not filed opposition nor has requested more time to do so. The Court will therefore grant the motion as conceded

An Order accompanies this Memorandum Opinion.


                                              /s/
                                              REGGIE B. WALTON
                                              United States District Judge

DATE:  February 28, 2014